14CV8762

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronnie Abraham

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City Police Department
John Doe # 1
John Doe # 2
John Doe # 3 (SGT)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/14

14cv8762

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
OCT 29 2014
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Ronnie Abraham
ID # 349-14-11261
Current Institution G.R.V.C.
Address 09-09 Hazen St.
East Elmhurst, NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name John Doe  Shield # Unknown
Where Currently Employed NYCPD
Address Manhattan Narcotics South

*Rev. 05/2010*  1

Defendant No. 2    Name JoHN Doe_____ Shield # Unknown
                   Where Currently Employed NYCPD
                   Address Manhattan South Narcotics
                   _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     _____
     _____

B.   Where in the institution did the events giving rise to your claim(s) occur?
     _____
     _____
     _____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     August of 2013 on 42nd st and 8th
     Avenue; In front of Port Authority Bus station
     App- 1:30 pm

D. Facts:

**What happened to you?** While I was benging transpoted in the back of a police van, I was violently flung back N forth, because the Driver were driving at excessive speed-N- when he hit the brakes I was flung violently into a patrizion

**Who did what?** John Doe #1 neglectd to put seat belts on me, even after I requested them, stating that they where not necessary. He neglected to secure me in a moving vehicol.

**Was anyone else involved?**

**Who else saw what happened?** There were four (4) other prisoners inside the van when this incedent occured

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My Right Shin was riped open, which required stiches & othpedic care, also my right knee knee was injured in the process, mild concussion & lower back.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No X

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____ N/A _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ N/A _____

   1. Which claim(s) in this complaint did you grieve? _____ N/A _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____ N/A _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____ N/A _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

First N foremost, I think that there should be a policy change within the NYPD and the method in which victims are transported to custody, futhermore I am seek monetary compensation in the area of $ Five million dollars (U.S.)$ 5,000,000.00 for physical, emotional & psycholical trauma

_____

_____

_____

_____

VI. **Previous lawsuits:**

<table><tr><td>On these claims</td><td>A.</td><td>Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?<br><br>Yes ____ No ✓</td></tr></table>

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _17_ day of _October_, 20_14_.

Signature of Plaintiff  _Abraham, Louis_

Inmate Number  _349-14-11261_

Institution Address  _GRVC_
_09-09_
_Hazen St_
_East Elmhurst, NY 11370_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _17_ day of _October_, 20_14_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _Abraham, Louis_