UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONNIE ABRAHAM<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK and P.O.s JOHN DOE #1-5, Individually and in their Official Capacities (the names "John Doe" being fictitious, as the true names are presently unknown),<br><br>                              Defendants. | **NOTICE OF APPERANCE**<br><br>**Jury Trial Demanded**<br><br>14-cv-8762 (LGS) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   I hereby certify that I am admitted to practice in this Court.  Please enter my appearance as counsel in the above-captioned case for plaintiff Ronnie Abraham.


Date: June 8, 2015                         Respectfully submitted,
                                           Joseph Stancati
                                           jstancati@richmanlawgroup.com
                                           **THE RICHMAN LAW GROUP**
                                           195 Plymouth Street, Brooklyn, NY 11201
                                           Telephone: (718) 705-4694
                                           Facsimile: (718) 228-8522

                                           *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Joseph Stancati, hereby certify that on June 8, 2015, I caused the foregoing **NOTICE OF APPEARANCE** to be filed electronically in the above-captioned action via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

          */s/ Joseph Stancati*
          Joseph Stancti