UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney:  THE RICHMAN LAW GROUP

---

RONNIE ABRAHAM

Plaintiff(s)

Index # 14-CV-8762 (LGS)

- against -

THE CITY OF NEW YORK, ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 14, 2015 at 10:55 AM at

C/O CORPORATION COUNSEL
ATTN: MESSENGER CENTER
100 CHURCH STREET, 1ST FLOOR
NEW YORK, NY10007

deponent served the within AMENDED COMPLAINT, DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50 [1][D] WITH HIPAA AUTHORIZATION on THE CITY OF NEW YORK therein named,

CORPORATION   a DOMESTIC corporation by delivering thereat a true copy of each to BETTY MAZYCK, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said AMENDED COMPLAINT, DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50 [1][D] WITH HIPAA AUTHORIZATION as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 50 | 5'6 | 210 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  July 14, 2015

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County |
| Commission Expires November 26, 2015 | Commission Expires April 11,2019 | Commission Expires April 3, 2019 |

**ANDERSON CHAN**
License #: 1220482
Invoice #: 628194

UNITED PROCESS SERVICE INC  3RD FLOOR  315 BROADWAY  NEW YORK NY 10007  (212) 619 0728  NYCDCA#1102045