UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: THE RICHMAN LAW GROUP

---

RONNIE ABRAHAM

                                        Plaintiff(s)

                        Index # 14-CV-8762 (LGS)

- against -

THE CITY OF NEW YORK, ETAL

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 25, 2015 at 12:56 PM at

C/O CORPORATION COUNSEL
ATTN: MESSENGER CENTER/ARIEL LICHTERMAN
100 CHURCH STREET
NEW YORK, NY10007

deponent served the within SUMMONS AND AMENDED COMPLAINT WITH HIPAA AUTHORIZATION, DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL* on THE CITY OF NEW YORK therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MADELYN SANTANA, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND AMENDED COMPLAINT WITH HIPAA AUTHORIZATION, DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL* as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 40 | 5'5 | 125 |

*160.50 [1][D].

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  August 25, 2015

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANDERSON CHAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 631436 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11,2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC.  3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007   (212) 619-0728   NYCDCA#1102045