```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RONNIE ABRAHAM,                                             :
                                    Plaintiff,              :
                                                            :         14 Civ. 8762 (LGS)
            -against-                                       :
                                                            :              ORDER
THE CITY OF NEW YORK, et al.,                               :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/25/15_____

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavit of service filed on ECF on August 26, 2015, states that Defendant City of New York was served the Summons, Amended Complaint and HIPAA Authorization and authorization for access to sealed records on July 14, 2015.

WHEREAS, Defendants have not responded to the Amended Complaint or otherwise appeared in this case.  It is hereby

**ORDERED** that, by **October 1, 2015**, Plaintiff and Defendants each shall each file a status letter about how they intend to proceed with this case.  If Plaintiff intends to seek default judgment, then Plaintiff shall follow the procedures in the Individual Rules.

Dated: September 25, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE